NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
MENG XI (280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone (310) 789-3100

ATTORNEY(S) FOR: Plaintiff Vaporstream, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| VAPORSTREAM, INC., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:17-cv-220 |
| v. | |
| SNAP INC. d/b/a SNAPCHAT, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Plaintiff Vaporstream, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| VAPORSTREAM, INC. | Plaintiff |
| SNAP INC. d/b/a SNAPCHAT, INC. | Defendant |

January 10, 2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Vaporstream, Inc.

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES