DAVIDA BROOK (275370)
dbrook@susmangodfrey.com
MENG XI (280099)
mxi@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone (310) 789-3100
Facsimile (310) 789-3150

ROBERT RIVERA, JR. (TX 16958030) (*pro hac vice* application pending)
rrivera@susmangodfrey.com
JOSEPH S. GRINSTEIN (TX 24002188) (*pro hac vice* to be filed)
jgrinstein@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096
Telephone (713) 651-9366
Facsimile (713) 654-6666

Attorneys for Plaintiff Vaporstream, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>SNAP INC. d/b/a SNAPCHAT, INC.<br><br>        Defendant. | Case No. 2:17-cv-00220-JAK-KS<br><br>**NOTICE OF WITHDRAWAL OF DOCKET ENTRY 14**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Vaporstream, Inc. respectfully requests that this Court withdraw Docket Entry #14 for "Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice." The document was filed erroneously and is superseded by Docket Entry #15.

Dated: January 20, 2017

DAVIDA BROOK
MENG XI
ROBERT RIVERA, JR.
(*PHV application pending*)
JOSEPH S. GRINSTEIN
(*PHV application to be filed*)
SUSMAN GODFREY L.L.P.

By:   */s/ Meng Xi*
         Meng Xi

Attorneys for Plaintiff Vaporstream, Inc.

4726947v1/014580