| Attorney or Party without Attorney:<br>MENG XI, Bar #280099<br>SUSMAN GODFREY L.L.P.<br>1901 AVENUE OF THE STARS<br>SUITE 950<br>LOS ANGELES, CA  90067<br>Telephone No: 310-789-3100          FAX No: 310-789-3150<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | |
| Plaintiff: VAPORSTREAM, INC.<br>Defendant: SNAP INC., ETC. | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-00220-JFW (KSX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM.

3. a. Party served:   SNAP INC. D/B/A SNAPCHAT, INC.
   b. Person served:  BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT.

4. Address where the party was served:   2710 GATEWAY OAKS DRIVE
   SUITE 150N
   SACRAMENTO, CA  95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Jan. 11, 2017 (2) at: 2:45PM

7. **Person Who Served Papers:**
   a. ANGEL PEREZ

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*

   First Legal
   1814 "I" Street
   Sacramento, CA 95814
   Telephone  (916) 444-5111
   Fax        (916) 443-3111
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2015-49
      (iii) County:              Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jan. 18, 2017

   (ANGEL PEREZ)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE SUMMONS

   3235116  .susgo.866694