UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

October 27, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie Longoria DEPUTY

In the Matter of the Transfer of )
Cases from the Calendar )  ORDER OF THE CHIEF JUDGE
)
)
)  **17-105**
of )
)
Judge Beverly Reid O'Connell )
)

    Pursuant to the directive of the Chief U.S. District Judge and in accordance with the rules of this Court, the following cases are ordered transferred from the calendar of Judge Beverly Reid O'Connell to the calendar of Judge Marilyn L. Huff for all further proceedings:

| Case Number | Case Name |
|---|---|
| CV16-04502-BRO-MRWx | Twin Rivers Engineering, Inc. v. Fieldpiece Instruments, Inc. |
| CV16-06499-BRO-SKx | Game and Technology Co. Ltd v. Blizzard Entertainment, Inc. et al |
| CV17-00220-BRO-KSx | Vaporstream Inc v. Snap Inc |
| CV17-01393-BRO-MRWx | POWERbahn, LLC v. Zwift, Inc. |
| ED17-01689-BRO-JCx | Niagara Bottling, LLC v. Aquahydrate, Inc, |
| ED17-01852-BRO-SHKx | Made3, LLC v. Halo Couture, LLC et al. |

DATED: October 27, 2017

_____
Chief Judge Virginia A. Phillips