```
Heidi L. Keefe (SBN 178960)
Mark R. Weinstein (SBN 193043)
Reuben H. Chen (SBN 228725)
Elizabeth L. Stameshkin (SBN 260865)
Lam K. Nguyen (SBN 265285)
Lauren J. Krickl (SBN 305379)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
```

ATTORNEYS FOR DEFENDANT
SNAP INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SNAP INC. d/b/a SNAPCHAT, INC.,<br><br>Defendant. | Case No.  2:17-CV-00220-MLH (KSx)<br><br>**DECLARATION OF REUBEN H. CHEN IN SUPPORT OF SNAP INC.'S MOTION TO STRIKE VAPORSTREAM'S UNTIMELY EXPERT DECLARATION**<br><br>Date:  March 19, 2018<br>Time:  TBD<br>Ctrm:  TBD<br>Judge:  Hon. Marilyn L. Huff |

I, Reuben H. Chen, declare:

1. I am an attorney duly licensed to practice law in the State of California. I am an attorney at the law firm Cooley LLP, counsel of record for Defendant Snap Inc. ("Snap"). This declaration is based on my own personal knowledge. If called upon to testify, I could and would competently testify thereto.

2. I submit this declaration in support of Snap's Motion to Strike Vaporstream's Untimely Expert Declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of an email string between Reuben Chen, counsel for Snap, and Meng Xi, counsel for Vaporstream, from

1  January 29, 2018 through February 1, 2018.

2      4.    Attached hereto as Exhibit 2 is a true and correct copy of Snap's Preliminary Disclosure of Proposed Constructions, served on October 13, 2017.

    5.    Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff's Preliminary Claim Constructions and Extrinsic Evidence, served on October 13, 2017.

    6.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiff's Amended Preliminary Claim Constructions and Supporting Evidence, served on October 27, 2017.

    7.    Attached hereto as Exhibit 5 is a true and correct copy of Plaintiff's Amended Preliminary Claim Constructions and Supporting Evidence, served on November 1, 2017.

    8.    Attached hereto as Exhibit 6 is a true and correct copy of an email between Lam Nguyen, counsel for Snap, to Meng Xi and Davida Brook, counsel for Vaporstream, from January 11, 2018.

    9.    Attached hereto as Exhibit 7 is a true and correct copy of an email string between Reuben Chen, counsel for Snap, and Meng Xi, counsel for Vaporstream, from January 29, 2018 through February 1, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8th, 2018, in Palo Alto, California.

/s/ *Reuben H. Chen*
Reuben H. Chen