| | |
|---|---|
| Davida Brook (275370) | Heidi L. Keefe (SBN 178960) |
| dbrook@susmangodfrey.com | Mark R. Weinstein (SBN 193043) |
| Meng Xi (280099) | Elizabeth L. Stameshkin (SBN 260865) |
| mxi@susmangodfrey.com | Reuben H. Chen (SBN 228725) |
| SUSMAN GODFREY L.L.P. | Lam K. Nguyen (SBN 265285) |
| 1901 Avenue of the Stars, Suite 950 | Lauren J. Krickl (SBN 305379) |
| Los Angeles, CA 90067 | COOLEY LLP |
| Telephone (310) 789-3100 | 3175 Hanover Street |
| Facsimile (310) 789-3150 | Palo Alto, California  94304 |
| | Telephone:  (650) 843-5000 |
| Robert Rivera, Jr. | Facsimile:  (650) 849-7400 |
| (TX 16958030) (*pro hac vice*) | |
| rrivera@susmangodfrey.com | ATTORNEYS FOR DEFENDANT |
| Joseph S. Grinstein | SNAP INC. |
| (TX 24002188) (*pro hac vice*) | |
| jgrinstein@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | |
| 1000 Louisiana, Suite 5100 | |
| Houston, Texas 77002-5096 | |
| Telephone (713) 651-9366 | |
| Facsimile (713) 654-6666 | |

ATTORNEYS FOR PLAINTIFF
VAPORSTREAM, INC.

# UNITED STATES DISTRICT COUT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| VAPORSTREAM, INC., | Case No.  2:17-CV-220-MLH-KS |
| Plaintiff, | |
| v. | **JOINT STIPULATION RE EXPERT DISCOVERY DEADLINES** |
| SNAP INC. d/b/a SNAPCHAT, INC., | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION
RE EXPERT DISCOVERY DEADLINES
Case No. 2:17-CV-220-MLH-KS

Plaintiff Vaporstream, Inc. ("Plaintiff") and Defendant Snap Inc. ("Defendant"), through their respective counsel, hereby stipulate and agree as follows and request the Court enter the accompanying proposed order:

**WHEREAS**, the parties have met and conferred and agreed that both parties would benefit from an extension of the expert report deadlines as outlined below;

**WHEREAS**, the parties have met and conferred and agreed to an approach for completing expert discovery in which each expert submitting opening expert reports shall be made available for deposition prior to the due date for rebuttal expert reports;

**WHEREAS**, such an extension causes potential scheduling conflicts for two of Snap's disclosed experts;

**WHEREAS**, the parties have met and conferred and agreed to an alternate schedule for briefing of motions with respect to those experts;

**WHEREAS**, the parties' proposal will impact the briefing schedule for summary judgment and *Daubert* motions, if any, but will still ensure that any replies will be filed at least fourteen (14) days before the Court's scheduled hearing on those motions as set forth in the Amended Scheduling Order (ECF No. 96);

**WHEREAS**, the parties therefore submit this joint stipulation and proposed order for the Court's approval;

**NOW THEREFOR**, the parties hereby stipulate and agree that the following schedule shall apply:

| Event | Original Date | Stipulated Date |
| --- | --- | --- |
| Opening Expert Reports | April 13 | April 25 |
| Rebuttal Expert Reports | April 27 | May 16 |
| Close of Fact Discovery | May 18 | No Change |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIPULATION
RE EXPERT DISCOVERY DEADLINES
Case No. 2:17-CV-220-MLH-KS

| Event | Original Date | Stipulated Date |
|---|---|---|
| Last Day to Complete Expert Depositions for Experts (other than Snap's two damages experts) | May 18 | May 25 |
| Last Day to Complete Expert Depositions for Snap's two damages experts | May 18 | June 5 |
| Last day to file Summary Judgment/Daubert briefs for all experts except for Snap's damages experts | May 25 | May 29 |
| Oppositions due for MSJs/Daubert motions filed on May 28 | June 8 | June 11 |
| Replies Due for MSJs/Daubert motions filed on May 28 | June 15 | No Change |
| Last day to file Summary Judgment/Daubert briefs for Snap's damages experts | May 25 | June 8 |
| Oppositions due for MSJs/Daubert motions re Snap's damages experts | June 8 | June 12 |
| Replies due for MSJs/Daubert motions re Snap's damages experts | June 15 | No Change |
| Hearing on MSJs and Dauberts | June 29 | No Change |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION
RE EXPERT DISCOVERY DEADLINES
Case No. 2:17-CV-220-MLH-KS

| | |
|---|---|
| Dated: March 27, 2018 | Dated: March 27, 2018 |
| Respectfully submitted, | Respectfully submitted, |
| */s/ Meng Xi* | */s/ Reuben H. Chen* |
| Meng Xi | Reuben H. Chen |
| Davida Brook (275370) | Heidi L. Keefe (SBN 178960) |
| dbrook@susmangodfrey.com | Mark R. Weinstein (SBN 193043) |
| Meng Xi (280099) | Reuben H. Chen (SBN 228725) |
| mxi@susmangodfrey.com | Elizabeth L. Stameshkin (SBN 260865) |
| SUSMAN GODFREY L.L.P. | Lam K. Nguyen (SBN 265285) |
| 1901 Avenue of the Stars, Suite 950 | Lauren J. Krickl (SBN 305379) |
| Los Angeles, CA 90067 | COOLEY LLP |
| Telephone (310) 789-3100 | 3175 Hanover Street |
| Facsimile (310) 789-3150 | Palo Alto, CA 94304-1130 |
| | Telephone: (650)843-5000 |
| Robert Rivera, Jr. | Facsimile: (650)849-7400 |
| (TX 16958030) (pro hac vice) | rchen@cooley.com |
| rrivera@susmangodfrey.com | |
| Joseph S. Grinstein | *Attorneys For Defendant,* |
| (TX 24002188) (pro hac vice) | *Snap Inc.* |
| jgrinstein@susmangodfrey.com | |
| SUSMAN GODFREY L.L.P. | |
| 1000 Louisiana, Suite 5100 | |
| Houston, Texas 77002-5096 | |
| Telephone (713) 651-9366 | |
| Facsimile (713) 654-6666 | |

*Attorneys For Plaintiff,*
*Vaporstream Inc.*

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), counsel for Defendant has obtained the concurrence of Plaintiff's counsel in the filing of this Joint Stipulation.

*/s/ Reuben H. Chen*
Reuben H. Chen

3.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIPULATION
RE EXPERT DISCOVERY DEADLINES
Case No. 2:17-CV-220-MLH-KS