UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>SNAP INC. d/b/a/ Snapchat, Inc.,<br><br>       Defendant. | Case No.: 2:17-cv-00220-MLH (KSx)<br><br>**ORDER TO SHOW CAUSE RE: MOTION TO SEAL** |

  On June 1, 2018, the parties filed a joint summary of a discovery dispute. (Doc. No. 143-1.) On June 1, 2018, Plaintiff also filed an application to file the joint summary of a discovery dispute under seal. (Doc. No. 142.) In the motion to seal, Plaintiff states that Defendant requested that the joint summary be filed under seal because it contains highly confidential information. (Id.) Because Defendant is the designating party for the motion to seal at issue, under C.D. Cal. Civ. L.R. 79-5.2.2(b), Defendant was required to file a declaration in support of the motion to seal along with any redactions within 4 days of the filing of the motion to seal. To date, Defendant has not filed any such declaration or redactions. As a result, the Court orders Defendant to show cause within 4 days from

the date this order is filed why the Plaintiff's motion to seal, (Doc. No. 142), should not be denied.

**IT IS SO ORDERED.**

DATED: June 11, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT