**APPENDIX A**
**SUBSET AND SUPERSET OBVIOUSNESS COMBINATIONS**

**[WITHDRAWN]** = A combination that had been withdrawn by Snap.
**[SUPERSET]** = A new combination created by adding at least one new reference to a combination disclosed in Snap's invalidity contentions.

███████ = A reference added to a disclosed combination to create a superset combination.

**[SUBSET]** = A new combination created by dropping references from a combination previously disclosed in Snap's invalidity contentions.

███████ = A reference dropped from a disclosed combination to create a subset combination.

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|----------------------------------------------------------------------|----------------------------------------|
| '711 | 1, 4-6, 11 | 1. Namias, Wren, Yuan, Fardella, Stevenson, Parikh, Hartselle<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Pocket PC Phone (System), Motorola MPx200 Phone (System), Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Microsoft Server (system), CopySafe Software (system), Wren, Fardella<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Wren, Parikh, Berger, Hartselle, Redlich, Fardella<br><br>Snap's 3d Am. Inv. Contentions, pp. 11-14 | 1. Namias and Wren (primary references), Yuan, Fardella, Stevenson, Hartselle **[WITHDRAWN]**<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Wren, Jo, Nikkanen, Fardella **[SUPERSET]**<br>3. Pocket PC Phone System (with MMS Composer) (primary system), Wren **[SUBSET]**<br><br>Greenberg Expert Report, ¶ 496 |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|----------------------------------------------------------------------|----------------------------------------|
| '711 | 13 | 1. Namias, Wren, Yuan, Fardella, Stevenson, Parikh, Hartselle, RFC 2821, Hazel<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Pocket PC Phone (System), Motorola MPx200 Phone (System), Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Microsoft Server (system), CopySafe Software (system), Wren, Fardella<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Wren, Parikh, Berger, Hartselle, Redlich, Fardella<br><div align="right">Snap's 3d Am. Inv. Contentions, p. 14</div> | 1. Namias and Wren (primary references), Yuan, Fardella, Stevenson, Hartselle, RFC 2821, Hazel, Microsoft Server System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Wren, Jo, Nikkanen, Fardella [SUPERSET]<br>3. Pocket PC Phone System (with MMS Composer) (primary system), Wren, Fardella [SUBSET]<br><div align="right">Greenberg Expert Report, ¶ 497</div> |
| '711 | 15 | 1. Namias, Wren, Yuan, Fardella, Stevenson, Parikh, Hartselle, Thorne<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Pocket PC Phone (System), Motorola MPx200 Phone (System), Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Microsoft Server (system), CopySafe Software (system), Wren, Fardella<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Wren, Parikh, Berger, Hartselle, Redlich, Fardella, Jain<br><div align="right">Snap's 3d Am. Inv. Contentions, pp. 14-15</div> | 1. Namias and Wren (primary references), Yuan, Fardella, Stevenson, Hartselle, Thorne, Microsoft Outlook Software System, Microsoft Server System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Wren, Jo, Nikkanen, Fardella, Jain [SUPERSET]<br>3. Pocket PC Phone System (with MMS Composer) (primary system), Wren, Jain [SUPERSET]<br><div align="right">Greenberg Expert Report, ¶ 498</div> |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|----------------------------------------------------------------------|----------------------------------------|
| '711 | 16 | 1. Namias, Wren, Yuan, Fardella, Stevenson, Parikh, Hartselle, Thorne<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Pocket PC Phone (System), Motorola MPx200 Phone (System), Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Microsoft Server (system), CopySafe Software (system), Wren, Fardella<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Wren, Parikh, Berger, Hartselle, Redlich, Fardella<br><br>Snap's 3d Am. Inv. Contentions, pp. 15-16 | 1. Namias and Wren (primary references), Yuan, Fardella, Stevenson, Hartselle, Thorne, Microsoft Server System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Wren, Jo, Nikkanen, Fardella, Jain, Hartselle [SUPERSET]<br>3. Pocket PC Phone System (with MMS Composer) (primary system), Wren, Jain, Hartselle [SUPERSET]<br><br>Greenberg Expert Report, ¶ 499 |
| '886 | 1, 5 | 1. Wren, Berger, Parikh, Hartselle<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Fardella, CopySafe software (system)<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich<br><br>Snap's 3d Am. Inv. Contentions, p. 18 | 1. Wren (primary reference), Berger, Hartselle [WITHDRAWN]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Fardella, Berger, Calloway [SUPERSET]<br><br>Greenberg Expert Report, ¶ 442 |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|-----------------------------------------------------------------------|----------------------------------------|
| '886 | 9 | 1. Wren, Berger, Parikh, Hartselle, Hanna, Microsoft Server (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Fardella, CopySafe software (system), Microsoft Server (system), Redlich<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich<br>Snap's 3d Am. Inv. Contentions, pp. 18-19 | 1. Wren (primary reference), Berger, Hartselle, Hanna, Microsoft Server System [SUBSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Fardella, Berger, Calloway [SUPERSET]<br>Greenberg Expert Report, ¶ 443 |
| '886 | 10, 11 | 1. Wren, Berger, Parikh, Hartselle, Hanna, Microsoft Server (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle, Jain<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Fardella, CopySafe software (system), Microsoft Server (system)<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich, Jain<br>Snap's 3d Am. Inv. Contentions, pp. 19-20 | 1. Wren (primary reference), Berger, Hartselle, Hanna, Microsoft Outlook Software System, Microsoft Server System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Fardella, Berger, Calloway, Jain [SUPERSET]<br>Greenberg Expert Report, ¶ 444 |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|----------------------------------------------------------------------|-----------------------------------------|
| '886 | 13 | 1. Wren, Berger, Parikh, Hartselle, Thorne Microsoft Server (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Fardella, Hartselle, Ogilvie<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, Fardella, CopySafe software (system), Thorne, Microsoft Server (system)<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich, Thorne<br><br>Snap's 3d Am. Inv. Contentions, p. 20 | 1. Wren (primary reference), Berger, Hartselle, Thorne, Microsoft Outlook Software System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Fardella, Berger, Calloway, Thorne, Ogilvie [SUPERSET]<br><br>Greenberg Expert Report, ¶ 445 |
| '111 | 1, 4, 5 | 1. Wren, Berger, Parikh, Hartselle<br>2. Bienstock, Saffer, Parikh, Calloway, Hartselle<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, CopySafe software (system)<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich<br><br>Snap's 3d Am. Inv. Contentions, pp. 20-21 | 1. Wren (primary reference), Berger, Hartselle [WITHDRAWN]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo [SUBSET]<br><br>Greenberg Expert Report, ¶ 478 |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|------------------------------------------------------------------------|-----------------------------------------|
| '111 | 9 | 1. Wren, Berger, Parikh, Hartselle, Microsoft Server (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Hartselle<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, CopySafe software (system), Microsoft Server (system), Redlich<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich<br><br>Snap's 3d Am. Inv. Contentions, p. 21 | 1. Wren (primary reference), Berger, Hartselle, Hanna, Microsoft Server System **[SUPERSET]**<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Berger, Calloway **[SUPERSET]**<br><br>Greenberg Expert Report, ¶ 479 |

| Patent | Claim(s) | Combinations Disclosed in Snap's Third Amended Invalidity Contentions | Combinations Asserted by Dr. Greenberg |
|--------|----------|---------------------------------------------------------------------|----------------------------------------|
| '111 | Claim 10:<br>1. Wren, Berger, Parikh, Hartselle, Hanna, Microsoft Outlook (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Hartselle, Jain<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, CopySafe software (system), Microsoft Server (system)<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich, Jain<br><br>Claim 11:<br>1. Wren, Berger, Parikh, Hartselle, Hanna, Microsoft Server (system)<br>2. Bienstock, Saffer, Parikh, Calloway, Hartselle, Jain<br>3. Nokia 68xx Series Mobile Phone (system), Nextel i100plus, Parikh, CopySafe software (system), Microsoft Server (system), Jain<br>4. Nokia 7xxx Series Mobile Phone (System), Yuan, Edwards, Nikkanen, Jo, Parikh, Berger, Hartselle, Redlich, Jain<br><br>Snap's 3d Am. Inv. Contentions, pp. 21-22 | 1. Wren (primary reference), Berger, Hartselle, Hanna, Microsoft Outlook Software System, Microsoft Server System [SUPERSET]<br>2. Nokia 7xxx Series Mobile Phone System (primary system), Nikkanen, Jo, Jain [SUBSET]<br><br>Greenberg Expert Report, ¶ 480 |