Heidi L. Keefe (SBN 178960)
hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Reuben H. Chen (SBN 228725)
rchen@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Michael Attanasio (SBN 151529)
mattanasio@cooley.com
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ATTORNEYS FOR DEFENDANT
SNAP INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>SNAP INC. d/b/a SNAPCHAT, INC.,<br><br>    Defendant. | Case No.  2:17-cv-00220-MLH (KSx)<br><br>**SNAP INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>**DATE**:  January 10, 2020<br>**TIME:**  10:00 a.m.<br>**CTRM**:  15A<br>**JUDGE:**  Hon. Marilyn L. Huff<br><br>*Oral Argument Requested* |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

SNAP'S NOT. OF MTN., MTN., AND MEMORANDUM
ISO SNAP'S MOTION FOR RECONSIDERATION
CASE NO. 2:17-CV-00220-MLH (KSX)

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday, January 10, 2020, or as soon thereafter as the matter may be heard, at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, Defendant Snap Inc. ("Snap") will and hereby does move the Court, pursuant to Local Rule 7-18 and the Court's inherent power to reevaluate its rulings before and after an order is signed and entered, to reconsider its February 27, 2018 Order denying Defendant's Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101.  (ECF No. 117.)

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, all records and papers on file in this action, and any argument offered at any hearing on this motion.  This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 4-5, 2019.

Dated: November 12, 2019

/s/ *Heidi L. Keefe*
Heidi L. Keefe

Heidi L. Keefe (SBN 178960)
Mark R. Weinstein (SBN 193043)
Reuben H. Chen (SBN 228725)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650)843-5000
Facsimile: (650)849-7400

Michael Attanasio (SBN 151529)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendant,
Snap Inc.*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

SNAP'S NOT. OF MTN., MTN., AND MEMORANDUM
ISO SNAP'S MOTION FOR RECONSIDERATION
CASE NO. 2:17-00220-MLH (KSX)