Heidi L. Keefe (SBN 178960)
hkeefe@cooley.com
Mark R. Weinstein (SBN 193043)
mweinstein@cooley.com
Reuben H. Chen (SBN 228725)
rchen@cooley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 843-5000
Facsimile:  (650) 849-7400

Michael Attanasio (SBN 151529)
mattanasio@cooley.com
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

ATTORNEYS FOR DEFENDANT
SNAP INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VAPORSTREAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> SNAP INC. d/b/a SNAPCHAT, INC., <br><br> Defendant. | Case No.   2:17-CV-00220-MLH (KSx) <br><br> **[PROPOSED] ORDER GRANTING SNAP'S MOTION FOR RECONSIDERATION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101** |

1       The Court, having been fully advised and considered Defendants' Motion for
2 Reconsideration of its Motion for Summary Judgment of Invalidity under 35 U.S.C.
3 § 101 ("Motion"), hereby **GRANTS** the Motion. The Complaint (ECF No. 1) is
4 hereby dismissed with prejudice.

6 **IT IS SO ORDERED.**

8 This____ day of _____, 2019

                                                        _____
                                                        HON. MARILYN L. HUFF
                                                        United States District Court Judge