UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 17-220-MLH (KSx) | Date | November 19, 2019 |
|---|---|---|---|
| Title | Vaporstream, Inc. v. Snap, Inc. | | |

| Present: The Honorable | GAIL J. STANDISH, U.S. MAGISTRATE JUDGE |
|---|---|

| E. Carson | CS Courtroom 640 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Robert Rivera, Jr.<br>Meng Xi | Heidi L. Keefe |

**Proceedings:**   Settlement Conference

The case is called, and appearances are stated for the record. Plaintiff's representative is present, as are defendant's representatives.

The settlement conference is conducted off the record.

There is no settlement at this time.

|  | 3 | : | 25 |
|---|---|---|---|
| | Initials of Preparer | | efc |