UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAPORSTREAM, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SNAP INC. d/b/a/ Snapchat, Inc.,<br><br>  Defendant. | Case No.: 2:17-cv-00220-MLH (KSx)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED PAGE LIMITS**<br><br>[Doc. No. 196.] |

On November 29, 2019, the parties filed a joint motion for leave to leave to file briefs and memorandum in excess of the page limits set forth in Southern District of California Civil Local Rules 7.1(h). (Doc. No. 196.) For good cause shown, the Court grants the joint motion. The Court grants the parties leave to exceed the Court's page limits as follows:

1. Snap is given five additional pages, for a total of 15 pages, for Snap's forthcoming reply briefs to its Motion for Summary Judgment of Non-Infringement (Doc. No. 178), Motion to Exclude Testimony of Mr. Walter Bratic Regarding Damages (Doc. Nos. 182, 185), and Motion for Reconsideration of Defendant's Motion for Summary Judgment of Invalidity Under 35 U.S.C. § 101 (Doc. No. 183), with no individual reply

memorandum to exceed 10 pages, due December 6, 2019;

2. Vaporstream is given six additional pages, for a total of 10 pages, for its forthcoming motion to exclude the survey report and testimony of Mr. Johnson, due December 6, 2019;

3. Snap shall have two additional pages, for a total of 10 pages, for its anticipated opposition to Vaporstream's motion to exclude the survey report and testimony of Mr. Johnson, due December 16, 2019; and

4. Vaporstream is given five additional pages, for a total of 5 pages, for its reply in support of its motion to exclude the survey report and testimony of Mr. Johnson, due December 23, 2019.

**IT IS SO ORDERED.**

DATED: December 2, 2019

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT